AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas-Marshall Division

| | | |
|---|---|---|
| Ashley Lamontagne *Plaintiff(s)* v. Southern Transport, LLC. et al *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | CA 2:25-cv-531 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Defendant Southern Transport, LLC, C/O its agent for service of process:
Thomas Ivy
24291 FM 1252, Gladewater, Texas 75647

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>   Douglas B. Welmaker
>   Welmaker Law PLLC
>   409 N. Fredonia, Suite 118
>   Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **5/21/2025**

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

Came to hand on 05-21-2025 a 11:55 A.M.

**RETURN ATTACHED**

DRLS
516 West Annie St.
Austin, Texas 78704
5760

UNITED STATES DISTRICT COURT
for the Eastern District of Texas

| Ashley Lamontagne, | Plaintiff | § | Civil Action No. CA 2:25-cv-531 |
|---|---|---|---|
| vs. | | § | |
| Southern Transport, LLC, et al, | Defendants | § | **PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. My address is 516 West Annie, Austin, Texas 78704, United States of America. Pursuant to Texas Government Code Section 156.001.(2), I am certified as a process server by the Judicial Branch Certification Commission under Order of the Texas Supreme Court to serve process; certification no. PSC1660, exp. 11/30/2025.

Came to hand on May 21, 2025, at 11:55 a.m. Summons in a Civil Action, with Plaintiff's Original Complaint and Exhibit A- Notice of Consent, for service on Defendant <u>Southern Transport, LLC</u>.

<u>Executed on May 27, 2025</u>, at 2:46 p.m., by delivering to registered agent, Thomas Ivy via U.S.P.S. certified mail, return receipt requested, at 24291 FM 1252, Gladewater, Texas 75647. (See return receipt and tracking information attached.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service and Statement of Service Fees is true and correct."

Printed Name: Tod E. Pendergrass

Service Fee $ 94.00      Re: Welmaker/5760

Signature of non-party adult
DRLS, 516 W. Annie Street
Austin, Texas 78704

STATE OF TEXAS

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on June 3, 2025.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

NOTARY PUBLIC in and for the State of TEXAS
[Form pursuant to FRCP 4(l)(1)]

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052700393438708

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:46 pm on May 27, 2025 in GLADEWATER, TX 75647.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

● **Delivered**
**Delivered, Left with Individual**
GLADEWATER, TX 75647
May 27, 2025, 2:46 pm

● **In Transit to Next Facility**
May 26, 2025

● **Arrived at USPS Regional Destination Facility**
SHREVEPORT LA DISTRIBUTION CENTER
May 25, 2025, 6:22 pm

● **Departed USPS Regional Facility**
AUSTIN TX DISTRIBUTION CENTER
May 24, 2025, 8:46 am

● **Arrived at USPS Regional Origin Facility**
AUSTIN TX DISTRIBUTION CENTER
May 23, 2025, 10:51 am

● **USPS in possession of item**

AUSTIN, TX 78739
May 22, 2025, 12:59 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Southern Transport, LLC
c/o Its Agent, Thomas Ivy
24291 FM 1252
Gladewater, Texas 75647

9590 9402 8850 4005 9401 95

9589 0710 5270 0393 4387 08

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Brenda Borrego_   ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Brenda Borrego

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   5760   Domestic Return Receipt

(Handwritten annotations: "Sign →" pointing to signature line, "Print →" pointing to printed name line)