IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ASHLEY LAMONTAGNE ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> *Plaintiff*, <br><br> v. <br><br> SOUTHERN TRANSPORT, LLC, AND SOUTHERN LIFTING AND HOISTING, LLC, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **C.A. No. 2:25-cv-531** <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' ORIGINAL COMPLAINT

**TO THE HONORABLE COURT:**

NOW COME Defendants Southern Transport, LLC and Southern Lifting and Hoisting, LLC (collectively, "Defendants") and submit this Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiffs' Original Complaint until and through August 18, 2025.

As background, on May 15, 2025, Plaintiffs filed their Original Complaint, Dkt. 1. The current deadline for Southern Transport, LLC to respond to the Original Complaint is June 17, 2025. Plaintiff has agreed to an extension of that deadline as reflected herein. However, the Southern Lifting and Hoisting, LLC Defendant had not yet been served. The undersigned agreed to accept service on behalf of Defendant Southern Lifting and Hoisting, LLC via electronic mail yesterday,

June 11, 2025. As such, the deadline for Southern Lifting and Hoisting, LLC to respond to Plaintiffs' Original Complaint is currently July 2, 2025.

In order to streamline the responses for both Defendants and to allow additional time to respond, the parties have agreed, subject to the Court's approval, to extend Defendants' deadline to move, answer, or otherwise respond (including but not limited to the preservation of all RULE 12 defenses except service) to Plaintiffs' Original Complaint up to and including August 18, 2025, which is a 47-day extension assuming the acceptance of service yesterday. Good cause exists by providing the same and consistent deadlines for the Defendants.

Defendants seek this extension of time not for delay, but for good cause and so that justice may be served.

WHEREFORE, Defendants respectfully pray that the time to move, answer, or otherwise respond to Plaintiffs' Original Complaint be extended to and including August 18, 2025.

Dated: June 12, 2025                    RESPECTFULLY SUBMITTED,

By: */s/ Allen F. Gardner*
Allen F. Gardner
TX Bar No. 24043679
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all counsel of record on June 12, 2025 via the Court's CM/ECF system.

> */s/ Allen F. Gardner*
> Allen F. Gardner
> TX Bar No. 24043679

**CERTIFICATE OF CONFERENCE**

Plaintiff and Defendants, through counsel, have conferred regarding the relief requested in this motion via both telephone and electronic mail, and it is unopposed.

> */s/ Allen F. Gardner*
> Allen F. Gardner
> TX Bar No. 24043679