# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ASHLEY LAMONTAGNE ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) |
| *Plaintiff,* | ) **C.A. No. 2:25-cv-531** ) ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| SOUTHERN TRANSPORT, LLC, AND SOUTHERN LIFTING AND HOISTING, LLC, | ) ) ) ) |
| *Defendants.* | ) ) ) |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' ORIGINAL COMPLAINT

Before the Court is Southern Transport, LLC's and Southern Lifting and Hoisting, LLC's ("Defendants'") Unopposed Motion to Extend the time in which Defendants are required to answer, move, or otherwise respond to Plaintiff's Original Complaint [Dkt. No. 1].

After consideration of the motion and the interests of justice, the Court **GRANTS** the motion. It is therefore **ORDERED** that Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Original Complaint is extended until and through Monday, August 18, 2025.