**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ASHLEY LAMONTAGNE ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) | |
| | ) | C.A. No. 2:25-cv-531-JRG-RSP |
| *Plaintiff*, | ) ) | |
| v. | ) ) | |
| SOUTHERN TRANSPORT, LLC, AND SOUTHERN LIFTING AND HOISTING, LLC, | ) ) ) ) | |
| *Defendants*. | ) ) | |

**ORDER**

Before the Court is Defendants Southern Transport, LLC's and Southern Lifting and Hoisting, LLC's Unopposed Motion to Extend the time in which Defendants are required to answer, move, or otherwise respond to Plaintiff's Original Complaint. **Dkt. No. 4.**

After consideration of the motion, and noting that it is unopposed, the Court **GRANTS** the motion.

It is therefore **ORDERED** that Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Original Complaint is extended to Monday, August 18, 2025.

**SIGNED this 13th day of June, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE