UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ASHLEY LAMONTAGNE ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF | § § § | |
| v. | § § | CIVIL ACTION NO. 2:25-cv-531 |
| SOUTHERN TRANSPORT, LLC AND SOUTHERN LIFTING AND HOISTING, LLC, | § § § § | |
| DEFENDANTS | § | JURY DEMANDED |

## NOTICE OF APPEARANCE OF JOSEF F. BUENKER

Please take notice that Josef F. Buenker, hereby makes an appearance as counsel of record for plaintiff Ashley Lamontagne in this case. Mr. Buenker will be co-counsel with Douglas B. Welmaker; Douglas B. Welmaker will remain attorney-in-charge.

    Respectfully Submitted

    THE BUENKER LAW FIRM

    */s/ Josef F. Buenker*
    By: Josef F. Buenker
    TBA No. 03316860
    P.O. Box 10099
    Houston, Texas 77206
    713-868-3388 Telephone
    713-683-9940 Facsimile
    jbuenker@buenkerlaw.com
    **COUNSEL FOR PLAINTIFF**
    **ASHLEY LAMONTAGNE**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 25, 2025, I caused a copy of the foregoing document to be filed with the Court using ECF, which will serve all counsel of record.

          */s/ Josef F. Buenker*
          Josef F. Buenker