# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ASHLEY LAMONTAGNE ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:25-CV-00531 |
| SOUTHERN TRANSPORT, LLC AND SOUTHERN LIFTING AND HOISTING, LLC, | § § § § § | |
| *Defendants.* | § | JURY DEMANDED |

## SOUTHERN TRANSPORT DEFENDANTS' JURY DEMAND

Defendants Southern Transport, LLC and Southern Lifting and Hoisting, LLC (collectively "Defendants") respectfully file this demand for Jury trial pursuant to FED. R. CIV. P. 38 and Local Rule CV-38 for all issues so triable.

**Dated:  August 18, 2025**  Respectfully submitted,

**WEYCER KAPLAN PULASKI & ZUBER, PC**

By: *Merritt B. Chastain, III*
MERRITT B. CHASTAIN, III, Attorney-In-Charge
State Bar No. 00793491
S.D Tex. No. 22695
**WEYCER KAPLAN PULASKI & ZUBER, PC**
24 Greenway Plaza, Suite 2050
Houston, Texas  77046
Tel:  (713) 961-9045
Fax: (713) 961-5341
Email: mchastain@wkpz.com

ALLEN F. GARDNER
State Bar No.24043679
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Tel:  (903) 944-7537
Fax: (903) 944-7856
Email: allen@allengardnerlaw.com

**ATTORNEYS FOR DEFENDANTS
SOUTHERN TRANSPORT, LLC AND
SOUTHERN LIFTING AND HOISTING, LLC**

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing *Defendants' Jury Trial Demand* has been served on counsel of record for Plaintiff by the CM/ECF system on August 18, 2025.

*/s/ Merritt B. Chastain, III*
Merritt B. Chastain, III