# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **ASHLEY LAMONTAGNE ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **CIVIL ACTION NO. 2:25-CV-00531** |
| **SOUTHERN TRANSPORT, LLC AND SOUTHERN LIFTING AND HOISTING, LLC,** | § § § § § | |
| *Defendants.* | § | **JURY DEMANDED** |

## SOUTHERN TRANSPORT DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants Southern Transport, LLC and Southern Lifting and Hoisting, LLC (collectively "Defendants") file this Corporate Disclosure Statement pursuant to FED. R. CIV. P. 7.1.

Defendants state that they (1) do not have any parent corporation and (2) no publicly held corporation owns 10% or more of their stock.

**Dated:  August 18, 2025**                Respectfully submitted,

**WEYCER KAPLAN PULASKI & ZUBER, PC**

By: *Merritt B. Chastain, III*
MERRITT B. CHASTAIN, III  Attorney-In-Charge
State Bar No. 00793491
S.D Tex. No. 22695
**WEYCER KAPLAN PULASKI & ZUBER, PC**
24 Greenway Plaza, Suite 2050
Houston, Texas  77046
Tel:  (713) 961-9045
Fax: (713) 961-5341
Email: mchastain@wkpz.com

        ALLEN F. GARDNER
        State Bar No.24043679
        **ALLEN GARDNER LAW, PLLC**
        609 S. Fannin
        Tyler, Texas 75701
        Tel:  (903) 944-7537
        Fax: (903) 944-7856
        Email: allen@allengardnerlaw.com

        **ATTORNEYS FOR DEFENDANTS**
        **SOUTHERN TRANSPORT, LLC AND**
        **SOUTHERN LIFTING AND HOISTING, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Defendants' Corporate Disclosure Statement* has been served on counsel of record for Plaintiff by the CM/ECF system on August 18, 2025.

        */s/ Merritt B. Chastain, III*
        Merritt B. Chastain, III