UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ASHLEY LAMONTAGNE ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br>PLAINTIFF <br><br>v. <br><br>SOUTHERN TRANSPORT, LLC AND SOUTHERN LIFTING AND HOISTING, LLC, <br><br>DEFENDANTS | § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br>CA NO. 2:25-cv-531-JRG-RSP <br><br><br><br><br><br><br>JURY DEMANDED |

## JOINT STIPULATION REGARDING NOTICE TO WORKERS

1. The Parties hereby agree to stipulate to issuance of notice to similarly situated employees of Defendants in accordance with the deadlines to be ordered by this Court and seek this Court's approval of the Stipulation.

2. The Parties stipulate to the issuance of notice to a group of current and former salaried employees consisting of the following:

> **All individuals who are/were employed as salaried field safety coordinators by Southern Transport, LLC and Southern Lifting and Hoisting, LLC during the period from October 14, 2022 through the present date.**

3. The Parties further agree to toll the statute of limitations for FLSA claims only as of October 14, 2025 as to those individuals to whom notice is sent and who file a timely Consent form.

4. The Parties have agreed to use the proposed Notice and Consent to Join forms that are being filed with this Stipulation and agree that those forms will be sent to the similarly situated workers. Additionally, the Parties agree that Plaintiff may establish a website dedicated solely to hosting the Notice and Consent forms that allows for the use of electronic signatures for the Consent form.

5. Within 14 days after this Court approves this Stipulation, Defendants will send Plaintiff's counsel an electronic spreadsheet with the names, last-known mailing addresses, cell phone numbers if available and email addresses if available of all similarly situated workers (the "List").

6. Within 14 days after being provided with the List, Plaintiffs shall mail, text, and email (to the extent applicable) the Notice and Consent forms to the similarly situated workers.

7. The Parties agree that 30 days after first sending the Notice and Consent, Plaintiffs may mail, text, or email the same Notice and Consent forms a second time to all similarly situated workers whose opt-in forms have not yet been received.

8. All individuals who wish to join this lawsuit may do so by filing a Consent form with the Court within 60 days of Plaintiff's first sending the Notice and Consent.

9. In exchange for Defendants agreeing to this stipulation and not opposing an attempt to certify the salaried field safety coordinators, Plaintiff and her attorneys have agreed not to seek the certification of Defendants' crane operators.

10. The Parties respectfully request that the Court enter an order approving the terms of this Stipulation and approving the attached forms of Notice and Consent that are filed alongside this stipulation.

11. Finally, the Parties propose that they submit a scheduling order for Phase II issues

within 30 days after closing of the notice period and that the court schedule a conference shortly thereafter.

Respectfully submitted,

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
505 E. Magrill St.
Longview Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com


*/s/ Josef F. Buenker*
Josef F. Buenker
Texas Bar No. 03316860
S.D. Tex. No. 11498
P.O. Box 10099
Houston, Texas 77206
Phone: (713) 868-3388
Fax: (713) 683-9940
jbuenker@buenkerlaw.com

**ATTORNEYS FOR PLAINTIFF**


**WEYCER, KAPLAN, PULASKI & ZUBER, PC**

By: *Merritt B. Chastain, III*
MERRITT B. CHASTAIN, III Attorney-In-Charge
State Bar No. 00793491
S.D Tex. No. 22695
**WEYCER, KAPLAN, PULASKI & ZUBER, PC**
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Tel: (713) 961-9045
Fax: (713) 961-5341
Email: mchastain@wkpz.com

        ALLEN F. GARDNER
        State Bar No.24043679
        **ALLEN GARDNER LAW, PLLC**
        609 S. Fannin
        Tyler, Texas 75701
        Tel: (903) 944-7537
        Fax: (903) 944-7856
        Email: allen@allengardnerlaw.com

        **ATTORNEYS FOR DEFENDANTS**
        **SOUTHERN TRANSPORT, LLC AND**
        **SOUTHERN LIFTING AND HOISTING, LLC**

## CERTIFICATE OF SERVICE

I certify that on October 28, 2025, I filed on behalf of the Parties jointly the foregoing document with the Court and served all parties of record via ECF.

        */s/ Douglas B. Welmaker*
        Douglas B. Welmaker