**Did you work for Southern Transport, LLC or Southern Lifting and Hoisting, LLC as a salaried Safety Coordinator between October 14, 2022 and Today?**

### Does This Affect Me?

If you worked as a salaried field safety coordinator for Southern Transport, LLC or Southern Lifting and Hoisting, LLC ("Southern") between October 14, 2022 and the date you received this notice and you were paid a salary, as opposed to hourly, then this may affect you.

### What's This About?

A former salaried field safety coordinator for Southern claims that she should have been paid overtime pay when she worked more than 40 hours in a week. This lawsuit is seeking money to pay to her and similar workers overtime, if any, they worked as a field safety coordinator in the past 3 years if they are determined to qualify for overtime. This Notice tells you how you may join the case if you so choose.

At this time, the Court has not decided if Southern violated federal law. Southern disputes the claims and contends it properly paid a salary to its field safety coordinators. There is no money available now and no guarantee that there will be any money in the future.

You have a choice to assert your legal rights in this case. If you do not do so, you will not receive any money if it is awarded in the case.

### What Can I Recover?

If the workers win, you may get up to two times the overtime wages the court determines you should have received as a field safety coordinator.

If the workers lose, you will get nothing.

If you join the lawsuit, you will not have to pay your lawyers out of your pocket, win or lose. The lawyers for the workers are being paid on a contingency fee basis and will receive a part of the monetary recovery if any money is recovered.

### Can I be Retaliated Against?

No. It is illegal for Southern to fire or demote you or otherwise treat you differently just because you joined this suit.

### How Do I Join the Lawsuit?

If you want to join in the lawsuit, go to [www.website.com] and fill out the Consent to Join form, or fill out the enclosed *Consent to Join* form and mail, email, or fax it back. You are responsible for being sure the form is received on time. It must be mailed or received by _____, 2025.

### What Are My Choices?

If you want to join this case, return your *Consent to Join* form by _____, 2025. If you join this case, you will be bound by the result in this case, whether it is favorable or unfavorable. You may have to answer questions about your claim and provide documents.

You may contact and retain any attorney you choose.

If you do not wish to join this case, you don't have to do anything.

### Can I Get More Information?

To learn more, call the workers' attorneys at (713) 868-3388. The call is free and confidential. Or write/email to:

The Buenker Law Firm
Southern Overtime Claims
P.O. Box 10099
Houston, Texas 77206
jbuenker@buenkerlaw.com

The United States District Court in Marshall, Texas approved this Notice.
It has not ruled on the merits of the case.