# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ASHLEY LAMONTAGNE, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § | CASE NO. 2:25-CV-00531-JRG-RSP |
| | § | |
| SOUTHERN TRANSPORT, LLC *and* SOUTHERN LIFTING AND HOISTING, LLC, | § § § § | |
| *Defendants*. | § | |

## ORDER

In accordance with the scheduling conference held in this case, it is hereby ORDERED that a telephonic status conference is scheduled for **February 20, 2026, at 8:30 a.m.** to discuss scheduling deadlines and a trial date. Plaintiffs are responsible for arranging the call.

**SIGNED this 23rd day of November, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE