**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ASHLEY LAMONTAGNE ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF | § § § | |
| v. | § § | CA NO. 2:25-cv-531-JRG-RSP |
| SOUTHERN TRANSPORT, LLC AND SOUTHERN LIFTING AND HOISTING, LLC, | § § § § | |
| DEFENDANTS | § § | JURY DEMANDED |

## NOTICE OF FILING OF CONSENTS

Plaintiff Ashley Lamontagne files the attached Consents of Zachary Arnold, Eric Canchola, Colby Crocker, Antonio Gallegos, Alexis Juarez, Dustin Pannell, David Verduin and Brent Winters in connection with the above-entitled and numbered action.

Respectfully submitted,

WELMAKER LAW, PLLC

/s/ *Douglas B. Welmaker*
**Douglas B. Welmaker**
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
505 E. Magrill
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

Josef F. Buenker
The Buenker Law Firm
TBA No. 03316860
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Filing of Consents has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on December 22, 2025.

/s/ *Douglas B. Welmaker*
**Douglas B. Welmaker**