## CONSENT TO JOIN OVERTIME LAWSUIT AGAINST
## SOUTHERN TRANSPORT LLC AND SOUTHERN LIFTING AND HOISTING, LLC

The Court-Imposed deadline for filing is January 27, 2026.

Print Name: Zachary Arnold

1. I hereby consent to join the collective action lawsuit filed against Southern Transport LLC and Southern Lifting and Hoisting, LLC ("Defendants") to pursue my claims of unpaid overtime during the time that I worked with the company as a field safety coordinator.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Ashley Lamontagne and her counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: Zachary Arnold (Nov 20, 2025 12:51:22 CST)

Date Signed: Nov 20, 2025

**Please print or type the following information which will be kept confidential:**

West Texas/ New Mexico
Location Worked

06/24-02/25
Estimated Dates of Employment

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

**Southern Transport Overtime Lawsuit**
**The Buenker Law Firm**
**P.O. Box 10099**
**Houston, Texas 77206**
**Telephone: (713) 868-3388**
**Fax: (713) 683-9940**
**Email: jbuenker@buenkerlaw.com**

## CONSENT TO JOIN OVERTIME LAWSUIT AGAINST SOUTHERN TRANSPORT LLC AND SOUTHERN LIFTING AND HOISTING, LLC

The Court-Imposed deadline for filing is January 27, 2026.

Print Name: Eric Canchola

1. I hereby consent to join the collective action lawsuit filed against Southern Transport LLC and Southern Lifting and Hoisting, LLC ("Defendants") to pursue my claims of unpaid overtime during the time that I worked with the company as a field safety coordinator.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Ashley Lamontagne and her counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: [signed]   Date Signed: 11/21/2025

Please print or type the following information which will be kept confidential:

[redacted]                    [redacted]

Location Worked: Liberty City, Tx

Estimated Dates of Employment: 6/23 - 1/24

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

Southern Transport Overtime Lawsuit
The Buenker Law Firm
P.O. Box 10099
Houston, Texas 77206
Telephone: (713) 868-3388
Fax: (713) 683-9940
Email: jbuenker@buenkerlaw.com

Page 1

## CONSENT TO JOIN OVERTIME LAWSUIT AGAINST SOUTHERN TRANSPORT LLC AND SOUTHERN LIFTING AND HOISTING, LLC

The Court-Imposed deadline for filing is January 27, 2026.

Print Name: Colby Crocker

1. I hereby consent to join the collective action lawsuit filed against Southern Transport LLC and Southern Lifting and Hoisting, LLC ("Defendants") to pursue my claims of unpaid overtime during the time that I worked with the company as a field safety coordinator.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Ashley Lamontagne and her counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: [signed] Colby Crocker

Date Signed: 11/20/2025

Please print or type the following information which will be kept confidential:

Telephone Number: [redacted]

E-mail Address: [redacted]

Location Worked: Midland

Estimated Dates of Employment: Dec 24 2024 - March 31st 2025

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

Southern Transport Overtime Lawsuit
The Buenker Law Firm
P.O. Box 10099
Houston, Texas 77206
Telephone: (713) 868-3388
Fax: (713) 683-9940
Email: jbuenker@buenkerlaw.com

Page 1

regarding the litigation, including all decisions regarding settlement or trial.

Signature: _Antonio Gallegos_   Date Signed: _11/20/2025_

Please print or type the following information which will be kept confidential:

Telephone Number

E-mail Address

_Midland, TX_
Location Worked

_April 2022 - April 2023_
Estimated Dates of Employment

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

**Southern Transport Overtime Lawsuit**
The Buenker Law Firm
P.O. Box 10099
Houston, Texas 77206
Telephone: (713) 868-3388
Fax: (713) 683-9940
Email: jbuenker@buenkerlaw.com

## CONSENT TO JOIN OVERTIME LAWSUIT AGAINST SOUTHERN TRANSPORT LLC AND SOUTHERN LIFTING AND HOISTING, LLC

The Court-Imposed deadline for filing is January 27, 2026.

Print Name: Alexis juarez

1. I hereby consent to join the collective action lawsuit filed against Southern Transport LLC and Southern Lifting and Hoisting, LLC ("Defendants") to pursue my claims of unpaid overtime during the time that I worked with the company as a field safety coordinator.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Ashley Lamontagne and her counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: Alexis juarez (Nov 20, 2025 11:14:05 CST)

Date Signed: Nov 20, 2025

**Please print or type the following information which will be kept confidential:**

Midland
Location Worked

Sept-1,2022-March15 2023
Estimated Dates of Employment

### RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:

**Southern Transport Overtime Lawsuit**
**The Buenker Law Firm**
**P.O. Box 10099**
**Houston, Texas 77206**
**Telephone: (713) 868-3388**
**Fax: (713) 683-9940**
**Email: jbuenker@buenkerlaw.com**

# CONSENT TO JOIN OVERTIME LAWSUIT AGAINST
# SOUTHERN TRANSPORT LLC AND SOUTHERN LIFTING AND HOISTING, LLC

The Court-Imposed deadline for filing is January 27, 2026.

Print Name: Dustin Pannell

1. I hereby consent to join the collective action lawsuit filed against Southern Transport LLC and Southern Lifting and Hoisting, LLC ("Defendants") to pursue my claims of unpaid overtime during the time that I worked with the company as a field safety coordinator.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Ashley Lamontagne and her counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: Dustin Pannell (Nov 21, 2025 19:26:54 CST)

Date Signed: Nov 21, 2025

**Please print or type the following information which will be kept confidential:**

Location Worked: Kilgore/West Texas/Wyoming

Estimated Dates of Employment: 9/9/24 - 4/1/25

### RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:

**Southern Transport Overtime Lawsuit**
**The Buenker Law Firm**
**P.O. Box 10099**
**Houston, Texas 77206**
**Telephone: (713) 868-3388**
**Fax: (713) 683-9940**
**Email: jbuenker@buenkerlaw.com**

# CONSENT TO JOIN OVERTIME LAWSUIT AGAINST SOUTHERN TRANSPORT LLC AND SOUTHERN LIFTING AND HOISTING, LLC

The Court-Imposed deadline for filing is January 27, 2026.

Print Name: David S Verduin

1. I hereby consent to join the collective action lawsuit filed against Southern Transport LLC and Southern Lifting and Hoisting, LLC ("Defendants") to pursue my claims of unpaid overtime during the time that I worked with the company as a field safety coordinator.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Ashley Lamontagne and her counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: *David S Verduin*
David S Verduin (Nov 20, 2025 10:58:08 MST)

Date Signed: Nov 20, 2025

**Please print or type the following information which will be kept confidential:**

Carlsbad, NM
Location Worked

6/2023-11/2023
Estimated Dates of Employment

### RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:

**Southern Transport Overtime Lawsuit**
**The Buenker Law Firm**
**P.O. Box 10099**
**Houston, Texas 77206**
**Telephone: (713) 868-3388**
**Fax: (713) 683-9940**
**Email: jbuenker@buenkerlaw.com**

# CONSENT TO JOIN OVERTIME LAWSUIT AGAINST
# SOUTHERN TRANSPORT LLC AND SOUTHERN LIFTING AND HOISTING, LLC

The Court-Imposed deadline for filing is January 27, 2026.

Print Name: Brent Winters

1. I hereby consent to join the collective action lawsuit filed against Southern Transport LLC and Southern Lifting and Hoisting, LLC ("Defendants") to pursue my claims of unpaid overtime during the time that I worked with the company as a field safety coordinator.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Ashley Lamontagne and her counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: *Brent Winters (Nov 20, 2025 13:04:10 CST)*

Date Signed: Nov 20, 2025

**Please print or type the following information which will be kept confidential:**

Location Worked: Southern Transport and Southern Lifting and Hoisting

Estimated Dates of Employment: June 2023 - December 2023

### RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:

**Southern Transport Overtime Lawsuit**
**The Buenker Law Firm**
**P.O. Box 10099**
**Houston, Texas 77206**
**Telephone: (713) 868-3388**
**Fax: (713) 683-9940**
**Email: jbuenker@buenkerlaw.com**