UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ASHLEY LAMONTAGNE ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF | § § § | |
| v. | § § | CA NO. 2:25-cv-531-JRG-RSP |
| SOUTHERN TRANSPORT, LLC AND SOUTHERN LIFTING AND HOISTING, LLC, | § § § § | |
| DEFENDANTS | § | JURY DEMANDED |

## NOTICE OF FILING OF CONSENT

Plaintiff Ashley Lamontagne files the attached Consent of Cory Escobedo in connection with the above-entitled and numbered action.

Respectfully submitted,

WELMAKER LAW, PLLC

/s/ *Douglas B. Welmaker*
**Douglas B. Welmaker**
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
505 E. Magrill
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

Josef F. Buenker
The Buenker Law Firm
TBA No. 03316860
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Filing of Consents has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on December 31, 2025.

/s/ *Douglas B. Welmaker*
**Douglas B. Welmaker**