## CONSENT TO JOIN OVERTIME LAWSUIT AGAINST SOUTHERN TRANSPORT LLC AND SOUTHERN LIFTING AND HOISTING, LLC

The Court-Imposed deadline for filing is January 27, 2026.

Print Name ___Ivy Escobedo___

1. I hereby consent to join the collective action lawsuit filed against Southern Transport LLC and Southern Lifting and Hoisting, LLC ("Defendants") to pursue my claims of unpaid overtime during the time that I worked with the company as a field safety coordinator.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Ashley Lamontagne and her counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: ___[signature]___    Date Signed: __12/23/25__

Please print or type the following information which will be kept confidential:

___Midland, TX___    ___April 24 – Nov 24___
Location Worked             Estimated Dates of Employment

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

**Southern Transport Overtime Lawsuit**
**The Buenker Law Firm**
P.O. Box 10099
Houston, Texas 77206
Telephone: (713) 868-3388
Fax: (713) 683-9940
Email: jbuenker@buenkerlaw.com

Page 1