## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ASHLEY LAMONTAGNE ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| | § | |
| PLAINTIFF | § § | |
| | § | |
| v. | § | C.A. NO. 2:25-cv-531-JRG-RSP |
| | § | |
| SOUTHERN TRANSPORT, LLC AND SOUTHERN LIFTING AND HOISTING, LLC, | § § § | |
| | § | |
| DEFENDANTS | § | JURY DEMANDED |

### NOTICE REGARDING CONFERENCE CALL FOR FEBRUARY 20, 2026 AT 8:30 AM

As per this Court's Order of November 24, 2025, Dkt. 13, Plaintiff's counsel is responsible for providing call in for the telephone hearing scheduled for tomorrow, Friday, February 20, 2026, at 8:30 AM. The call in information is as follows:

**Dial in number:**      (605) 472-5433

**Access Code:**      475469, and then press the # sign after entering the access code

Alternatively, if the Court would rather Plaintiff's counsel arrange for all counsel to be on the same line and then all counsel call the Court, this can be arranged as well.

Respectfully submitted,


*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
WELMAKER LAW, PLLC
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
505 Magrill St.
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com


Josef F. Buenker
The Buenker Law Firm
TBA No. 03316860
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com

**ATTORNEYS FOR PLAINTIFF**


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on February 19, 2026.


*/s/ Douglas B. Welmaker*
Douglas B. Welmaker