## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ASHLEY LAMONTAGNE ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF | § § § | |
| v. | § § | CIVIL ACTION NO. 2:25-cv-531 |
| SOUTHERN TRANSPORT, LLC AND SOUTHERN LIFTING AND HOISTING, LLC, | § § § § § | |
| DEFENDANTS | § | JURY DEMANDED |

### JOINT MOTION FOR ENTRY OF THE AGREED PROTECTIVE ORDER

Plaintiff, Ashley Lamontagne, on behalf of Herself and all Others Similarly Situated, and Southern Transport, LLC and Southern Lifting and Hoisting, LLC (collectively, the "Parties") hereby file this Joint Motion for Entry of the Agreed Protective Order and request the Court to enter the order to help facilitate the exchange of documentation and information in the context of this matter.

WHEREFORE, the Parties respectfully request the Court to enter the Agreed Protective Order.

Respectfully submitted,

/s/ Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
505 E. Magrill St.
Longview Texas 75601

Phone: (512) 799-2048
Email: doug@welmakerlaw.com
*/s/ Josef F. Buenker*
Josef F. Buenker
Texas Bar No. 03316860
S.D. Tex. No. 11498
P.O. Box 10099
Houston, Texas 77206
Phone: (713) 868-3388
Fax: (713) 683-9940
jbuenker@buenkerlaw.com

**ATTORNEYS FOR PLAINTIFF**

**WEYCER, KAPLAN, PULASKI & ZUBER, PC**

By: *Merritt B. Chastain, III*
MERRITT B. CHASTAIN, III Attorney-In-Charge
State Bar No. 00793491
S.D Tex. No. 22695
**WEYCER, KAPLAN, PULASKI & ZUBER, PC**
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Tel: (713) 961-9045
Fax: (713) 961-5341
Email: mchastain@wkpz.com

ALLEN F. GARDNER
State Bar No.24043679
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Tel: (903) 944-7537
Fax: (903) 944-7856
Email: allen@allengardnerlaw.com

**ATTORNEYS FOR DEFENDANTS
SOUTHERN TRANSPORT, LLC AND
SOUTHERN LIFTING AND HOISTING, LLC**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 2, 2026, I discussed this motion with counsel for Plaintiff and such counsel agreed with the relief requested and that the motion should be jointly filed.

*/s/ Merritt B. Chastain, III*
Merritt B. Chastain, III

**CERTIFICATE OF SERVICE**

I certify that on March 4, 2026, I filed on behalf of the Parties jointly the foregoing document with the Court and served all parties of record via ECF.

*/s/ Merritt B. Chastain, III*
Merritt B. Chastain, III