**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ASHLEY LAMONTAGNE, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § | |
| *Plaintiffs*, | § | |
| v. | § | CASE NO. 2:25-CV-00531-JRG-RSP |
| SOUTHERN TRANSPORT, LLC *and* SOUTHERN LIFTING AND HOISTING, LLC, | § | |
| *Defendants*. | § | |

**ORDER**

Counsel are directed to file a joint notice within 10 days regarding their selection of a mediator.

**SIGNED this 4th day of September, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE