**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **ASHLEY LAMONTAGNE, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **Plaintiffs,** | § § | **Case No. 2:25-cv-00531-JRG-RSP** |
| **v.** | § § | |
| **SOUTHERN TRANSPORT, LLC AND SOUTHERN LIFTING AND HOISTING, LLC** | § § § § | |
| **Defendants.** | § § | |

**<u>JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT</u>**

Plaintiff Ashley Lamontagne and the nine opt-in plaintiffs ("Plaintiffs") and Defendants Southern Transport, LLC and Southern Lifting and Hoisting, LLC ("Defendants") (Plaintiffs and Defendants shall be collectively referred to as the "Parties") notify the Court that the Parties have settled this case, move the Court to stay all deadlines, and state the following:

1. Ms. Lamontagne brought this collective action against Defendants under the Fair Labor Standards Act.

2. The Parties settled this case on September 11, 2026, through direct negotiations between counsel. The settlement resolves the claims of Ms. Lamontagne and the claims of the opt-in plaintiffs.

3. Counsel are preparing a written settlement agreement and release and expect to have that finalized within the next 30 days.

4. On September 4, 2026, the Court directed counsel to file a joint notice within ten days regarding their selection of a mediator. (Dkt. No. 21.) The settlement makes mediation unnecessary, and the Parties ask the Court to relieve them of the obligation to file that notice.
5. The Parties further ask the Court to stay every deadline in the Docket Control Order. (Dkt. No. 18.) That order sets November 13, 2026 as the deadline for dispositive motions and December 18, 2026 as the deadline to complete mediation, and both dates may arrive before the Parties finish documenting and paying the settlement.
6. The Parties ask the Court to order the parties to file either a stipulation of dismissal or a joint status report on or before October 16, 2026.

**CONCLUSION**

Plaintiffs and Defendants respectfully request that the Court stay all deadlines in this case, relieve the Parties of the obligation to file a joint notice regarding their selection of a mediator, and order the Parties to file a stipulation of dismissal or a joint status report on or before October 16, 2026.

Respectfully Submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048

By: */s/ Douglas B. Welmaker*
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com
Attorney-in-Charge

**ATTORNEYS FOR PLAINTIFFS ASHLEY LAMONTAGNE**

THE BUENKER LAW FIRM
P.O. Box 10099
Houston, Texas 77206
Tel: (713) 868-3388
Fax: (713) 683-9940

*/s/ Josef F. Buenker*
Josef F. Buenker
Texas State Bar No. 03316860
jbuenker@buenkerlaw.com

**CO-COUNSEL FOR PLAINTIFFS**

By: */s/ Merritt B. Chastain, III*________________
MERRITT B. CHASTAIN, III Attorney-In-Charge
State Bar No. 00793491
S.D Tex. No. 22695
**WEYCER, KAPLAN, PULASKI & ZUBER, PC**
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Tel: (713) 961-9045
Fax: (713) 961-5341
Email: mchastain@wkpz.com

ALLEN F. GARDNER
State Bar No.24043679
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Tel: (903) 944-7537
Fax: (903) 944-7856
Email: allen@allengardnerlaw.com

**ATTORNEYS FOR DEFENDANTS SOUTHERN TRANSPORT, LLC and SOUTHERN LIFTING AND HOISTING, LLC**

**CERTIFICATE OF SERVICE**

On September 18, 2026, I served the foregoing document on all counsel of record via the Court's CM/ECF system and/or via email and certified U.S. Mail in accordance with the Federal Rules of Civil Procedure.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker

**CERTIFICATE OF CONFERENCE**

On September 18, 2026, I conferred with Merritt B. Chastain III, counsel for Defendants, about the relief this motion requests. Defendants do not oppose the motion.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker