**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **ASHLEY LAMONTAGNE, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **Plaintiffs,** | § | **Case No. 2:25-cv-00531-JRG-RSP** |
| **v.** | § § § | |
| **SOUTHERN TRANSPORT, LLC AND SOUTHERN LIFTING AND HOISTING, LLC** | § § § § | |
| **Defendants.** | § | |

**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES**

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties advise the Court that they have settled this case, including the claims of Plaintiff Ashley Lamontagne and the claims of the opt-in plaintiffs. Having considered the Motion, the Court GRANTS the Motion.

It is ORDERED that all deadlines in this case, including the deadlines in the Docket Control Order (Dkt. No. 18), are STAYED.

It is further ORDERED that the Parties are relieved of the obligation to file a joint notice regarding their selection of a mediator under the Court's Order of September 4, 2026 (Dkt. No. 21).

It is further ORDERED that the Parties shall file either a stipulation of dismissal or a joint status report on or before October 16, 2026.

It is so ordered.