**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ASHLEY LAMONTAGNE, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § | |
| *Plaintiffs*, | § | |
| v. | § | CASE NO. 2:25-CV-00531-JRG-RSP |
| SOUTHERN TRANSPORT, LLC *and* SOUTHERN LIFTING AND HOISTING, LLC, | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the parties' Joint Motion to Stay All Deadlines and Notice of Settlement. **Dkt. No. 22**. Having considered the Motion, and noting its joint nature, the Court finds it should be, and hereby is, **GRANTED**. Accordingly, it is

**ORDERED** that all deadlines in this case, including the deadlines in the Docket Control Order (Dkt. No. 18), are **STAYED**. It is

**FURTHER ORDERED** that the Parties are relieved of the obligation to file a joint notice regarding their selection of a mediator under the Court's September 4, 2026 Order (Dkt. No. 21). It is

**FURTHER ORDERED** that the Parties shall file either a stipulation of dismissal or a status report on or before October 16, 2026.

**SIGNED this 19th day of September, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE