**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **ASHLEY LAMONTAGNE, on Behalf of Herself and All Others Similarly Situated,** | § | |
| **Plaintiffs,** | § | **Case No. 2:25-cv-00531-JRG-RSP** |
| **v.** | § | |
| **SOUTHERN TRANSPORT, LLC and SOUTHERN LIFTING AND HOISTING, LLC** | § | |
| **Defendants.** | § | |

**<u>JOINT STATUS REPORT AND MOTION TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL</u>**

Plaintiff Ashley Lamontagne and the nine opt-in plaintiffs ("Plaintiffs") and Defendants Southern Transport, LLC and Southern Lifting and Hoisting, LLC ("Defendants") (together, the "Parties") file this joint status report, ask the Court to extend by one week the deadline to file a stipulation of dismissal, and state the following:

1. On September 19, 2026, the Court stayed all deadlines in this case and ordered the Parties to file either a stipulation of dismissal or a status report on or before October 16, 2026. (Dkt. No. 23.)
2. The Parties have agreed to all terms of the settlement and are obtaining the final signatures on the written settlement agreement.
3. The Parties expect Defendants to sign the settlement agreement within one week. Under the agreement, the Parties will file a stipulation of dismissal after Defendants complete the settlement payments.

4. The Parties ask the Court to extend to October 23, 2026 the deadline to file either a stipulation of dismissal or a status report. Every other deadline in this case remains stayed, so the extension changes no other date.

## CONCLUSION

The Parties respectfully request that the Court extend to October 23, 2026 the deadline to file either a stipulation of dismissal or a status report.

Respectfully Submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048

By: *<u>/s/ Douglas B. Welmaker</u>*
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com
Attorney-in-Charge

**ATTORNEY FOR PLAINTIFF
ASHLEY LAMONTAGNE**

THE BUENKER LAW FIRM
P.O. Box 10099
Houston, Texas 77206
Tel: (713) 868-3388
Fax: (713) 683-9940

*<u>/s/ Josef F. Buenker</u>*
Josef F. Buenker
Texas State Bar No. 03316860
jbuenker@buenkerlaw.com

CO-COUNSEL FOR PLAINTIFFS

WEYCER, KAPLAN, PULASKI & ZUBER, PC
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Tel: (713) 961-9045

*/s/ Merritt B. Chastain, III*
Merritt B. Chastain, III
Texas State Bar No. 00793491
mchastain@wkpz.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

On October 16, 2026, I served the foregoing document on all counsel of record through the Court's CM/ECF system.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker