**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **ASHLEY LAMONTAGNE, on Behalf of Herself and All Others Similarly Situated,** | § | |
| **Plaintiffs,** | § | **Case No. 2:25-cv-00531-JRG-RSP** |
| **v.** | § | |
| **SOUTHERN TRANSPORT, LLC and SOUTHERN LIFTING AND HOISTING, LLC** | § | |
| **Defendants.** | § | |

**<u>ORDER</u>**

Before the Court is the Parties' Joint Status Report and Motion to Extend Deadline to File Stipulation of Dismissal. Having considered the Motion, and noting its joint nature, the Court finds that it should be GRANTED.

It is therefore ORDERED that the Parties shall file either a stipulation of dismissal or a status report on or before October 23, 2026.