**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **ASHLEY LAMONTAGNE, on Behalf of Herself and All Others Similarly Situated,** | § § § § | |
| **Plaintiffs,** | § | **Case No. 2:25-cv-00531-JRG-RSP** |
| **v.** | § § § | |
| **SOUTHERN TRANSPORT, LLC and SOUTHERN LIFTING AND HOISTING, LLC** | § § § § | |
| **Defendants.** | § § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Ashley Lamontagne and the nine opt-in plaintiffs ("Plaintiffs") and Defendants Southern Transport, LLC and Southern Lifting and Hoisting, LLC ("Defendants") (together, the "Parties") file this joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties have resolved all claims in this case. The Parties stipulate that this action is dismissed in its entirety with prejudice, including the claims of Plaintiff Ashley Lamontagne and the claims of each opt-in plaintiff.

Each Party will bear its own attorney's fees and costs, except as the Parties' settlement agreement provides otherwise.

Counsel for every Party that has appeared in this action signs this stipulation below.

Respectfully Submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048

By: *<u>/s/ Douglas B. Welmaker</u>*
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com
Attorney-in-Charge

**ATTORNEY FOR PLAINTIFFS**

THE BUENKER LAW FIRM
P.O. Box 10099
Houston, Texas 77206
Tel: (713) 868-3388
Fax: (713) 683-9940

*<u>/s/ Josef F. Buenker</u>*
Josef F. Buenker
Texas State Bar No. 03316860
jbuenker@buenkerlaw.com

**CO-COUNSEL FOR PLAINTIFFS**

WEYCER, KAPLAN, PULASKI & ZUBER, PC
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Tel: (713) 961-9045

*/s/ Merritt B. Chastain, III*
Merritt B. Chastain, III
Texas State Bar No. 00793491
mchastain@wkpz.com

ALLEN GARDNER LAW, PLLC
609 S. Fannin
Tyler, Texas 75701
Tel: (903) 944-7537
Fax: (903) 944-7856

*/s/ Allen F. Gardner*
Allen F. Gardner
Texas State Bar No. 24043679
allen@allengardnerlaw.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

On October 23, 2026, I served the foregoing document on all counsel of record via the Court's CM/ECF system and/or via email and certified U.S. Mail in accordance with the Federal Rules of Civil Procedure.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker