**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **ASHLEY LAMONTAGNE, on Behalf of Herself and All Others Similarly Situated,** | § § § § | |
| **Plaintiffs,** | § | **Case No. 2:25-cv-00531-JRG-RSP** |
| **v.** | § § § | |
| **SOUTHERN TRANSPORT, LLC and SOUTHERN LIFTING AND HOISTING, LLC** | § § § § | |
| **Defendants.** | § § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice (Dkt. No. 25). Plaintiff Ashley Lamontagne, the nine opt-in plaintiffs, and Defendants Southern Transport, LLC and Southern Lifting and Hoisting, LLC have stipulated to the dismissal of this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore ORDERED that this action, including the claims of Plaintiff Ashley Lamontagne and the claims of each opt-in plaintiff, is DISMISSED WITH PREJUDICE. Each party shall bear its own attorney's fees and costs, except as the Parties' settlement agreement provides otherwise.

All pending motions are DENIED AS MOOT. The Clerk is directed to close this case.