**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ASHLEY LAMONTAGNE, on behalf of herself and all others similarly situated,<br>*Plaintiffs*,<br>v.<br>SOUTHERN TRANSPORT, LLC, *and* SOUTHERN LIFTING AND HOISTING, LLC,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-00531-JRG-RSP |

**ORDER**

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff Ashley Lamontagne and Defendants Southern Transport, LLC, and Southern Lifting and Hoisting, LLC. (Dkt. No. 25.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff, all opt-in plaintiffs, and Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Oct 27, 2026**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE